### COOPER *vs.* DEARING, administrator.

Discharge in bankruptcy does not discharge the lien of a judgment rendered prior to the discharge, upon the bankrupt's land set apart as a homestead, the creditor never having proved his debt or otherwise waived his lien in the bankrupt court.

Bankruptcy. Judgments. Lien. Before Judge HALL. Newton Superior Court. March Term, 1878.

A *fi. fa.* in favor of Dearing's intestate was levied on

certain land of Cooper. He both filed an affidavit of illegality, and claimed the land as his homestead in bankruptcy. The case was submitted to the court without a jury. It appeared that the judgment was rendered in 1867. Afterwards Cooper went into bankruptcy, had the land set apart to him as a homestead under the constitution of 1868, and was discharged in 1873. The judgment debt was not proved in the bankrupt court. The judge ordered the *fi. fa.* to proceed, and Cooper excepted.

J. J. FLOYD; L. B. ANDERSON, for plaintiff in error.

CLARK & PACE for defendant.

JACKSON, Judge.

This case is covered and controlled by the case of *Bush vs. Lester et al.*, 55 *Ga.*, 579.

Judgment affirmed.